

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00767-CV

**IN RE** Sydney E. **FENNO**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori Massey Brissette, Justice
               Velia J. Meza, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; TEMPORARY STAY LIFTED

Relator, Sydney E. Fenno, filed her petition for writ of mandamus and motion for temporary relief to stay underlying proceedings on November 28, 2025. On December 1, 2025, we granted the temporary stay and requested that the real party in interest and respondent file their responses, if any, no later than December 16, 2025. The real party in interest, Kevin Fenno, filed a response. Relator then filed a reply with supplemental petition for writ of mandamus raising new arguments not included in the November 28, 2025, filing. We requested further response from the real party in interest, who filed a motion to strike and response on January 23, 2026. Having

---

[1]This proceeding arises out of Cause No. 2025-CI-15915, styled *In the Matter of the Marriage of Kevin Fenno and Sydney Elizabeth Fenno, and In the Interest of K.W.F., a Child,*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.

considered the arguments of the parties and the record provided, this court concludes that relator did not show that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The temporary stay previously issued is **LIFTED**.

PER CURIAM